UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NATURAL GAS PIPELINE COMPANY
OF AMERICA LLC,

          Plaintiff,

v.                    Case No. 18-1036-JWB

STOPPEL DIRT, LLC,

          Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 25) to amend the scheduling order entered in this case (ECF No. 13). For good cause shown, the motion is granted and the scheduling order is amended as follows:

a) All discovery shall be commenced or served in time to be completed by **February 25, 2019.**

b) Disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, are due from plaintiff by **December 3, 2018**, and from defendant by **January 3, 2019.** Disclosures and reports by any rebuttal experts are due by **January 17, 2019**.

c) The final pretrial conference is rescheduled from October 16, 2018, to **March 18, 2019, at 10:30 a.m.** by telephone. No later than **March 4, 2019**, defendant shall submit the parties' proposed pretrial order as an attachment to an e-mail directed to *ksd_ohara_chambers@ksd.uscourts.gov*. It shall be in the form available on the court's website (*www.ksd.uscourts.gov*), and the parties shall affix their signatures according to the procedures governing multiple signatures set forth in paragraphs II(C)(2)(a) & (b) of the *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in Civil Cases*.

d) The deadline for filing all other potentially dispositive motions is **April 15, 2018.**

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated October 10, 2018, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge